IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY CONSTRUCTION WORKERS FRINGE BENEFIT FUNDS, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 10 C 2485 |
| FITZPATRICK CEMENT, INC., an Illinois corporation, and GARY A. TURBIN, an individual, | ) ) ) ) ) | JUDGE REBECCA R. PALLMEYER |
| Defendants. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendants, FITZPATRICK CEMENT, INC., an Illinois corporation, and GARY A. TURBIN, an individual, in the total amount of $22,278.57, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,858.75.

On April 27, 2010, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business. Therefore, Defendant's answer was due on May 18, 2010. Thereafter, on October 12, 2010, Plaintiffs filed its First Amended Complaint.

On November 1, 2010, the First Amended Complaint was served on Defendant, Fitzpatrick Cement, Inc., by tendered a copy of said document to Jackqui Moodie. Defendant's answer was due by November 15, 2010 (a copy of the Affidavit of Service is attached hereto).

On October 20, 2010, the Summons and First Amended Complaint was served on Defendant Gary A. Turbin, by tendered a copy of said documents to his spouse, Candy Turbin, at his residence (a copy of the Summons and Affidavit of Process Server is attached hereto). Defendant's answer was due by November 10, 2010.

As Defendants have failed to timely answer the First Amended Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\Fvcwj\Fitzpatrick Cement\motion 2.pnr.df.wpd

# CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 30th day of December 2010:

      Mr. Kenneth D. Bellah, Registered Agent
      Fitzpatrick Cement, Inc.
      525 W. Monroe Street, Suite 2360
      Chicago, IL 60661-3720

      Mr. Gary Turbin
      835 N. Edgemere Drive
      Bourbonnais, IL 60914

      /s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\Fvcwj\Fitzpatrick Cement\motion 2.pnr.df.wpd